UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
EKS INTERNATIONAL, LLC, :

                Plaintiff, :

    - against - :     08 Civ. 0351
                                  ECF CASE

SUNDERSONS NIGERIA, LTD. :
a/k/a SUNDERSONS LIMITED,
                           :

                Defendant. :
------------------------------------------------------X

## DISCLOSURE OF INTERESTED
## PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:    NONE.

Dated: July 15, 2008
       New York, NY

                                        The Plaintiff,
                                        EKS INTERNATIONAL, LLC.,

            By:    /s/
                    Thomas L. Tisdale (TT 5263)
                    Lauren C. Davies (LD 1980)
                    TISDALE LAW OFFICES, LLC
                    11 West 42nd Street, Suite 900
                    New York, NY 10036
                    (212) 354-0025 – phone
                    (212) 869-0067 – fax
                    ttisdale@tisdale-law.com
                    ldavies@tisdale-law.com