UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
EKS INTERNATIONAL, LLC,                    :

             Plaintiff,          :

    - against -                        :

SUNDERSONS NIGERIA, LTD.
a/k/a SUNDERSONS LIMITED,                   :

           Defendant.          :
-----------------------------------------------------X

08 Civ. _____

ECF CASE

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____             │
│ DATE FILED: 07 16 08             │
└─────────────────────────────────┘
```

## ORDER APPOINTING SPECIAL PROCESS
## SERVER PURSUANT TO F.R.C.P. RULE 4(C)

Upon motion of the Plaintiff for an Order appointing Thomas L. Tisdale, Claurisse A.

Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of

TISDALE LAW OFFICES, LLC to serve the Verified Complaint, Process of Maritime

Attachment and Garnishment, Interrogatories or other process in this action, and

Upon reading the Affidavit of Lauren C. Davies and good cause having been shown,

IT IS ORDERED that Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C.

Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES,

LLC be and is hereby appointed to serve the Verified Complaint, Process of Maritime

Attachment and Garnishment, Interrogatories and other process upon Defendant herein and upon

the garnishee(s) listed in the Order, together with any other garnishee(s) who, based upon

information developed subsequent hereto by Plaintiff, may hold assets for or on account of the

Defendant; and,

IT IS FURTHER ORDERED that in order to avoid the need to repetitively serve the

garnishee(s) / banking institutions continuously throughout the day, any copy of the Process of

Maritime Attachment and Garnishment that is served on any of the garnishees herein is deemed effective and continuous throughout any given day.

Dated: July _____ 15 , 2008

SO ORDERED,

United States District Judge